WENDY L. FREEMAN, Individually and as Administratrix of the Estate of SAMANTHA J. FREEMAN, Deceased, Appellant, v STATE OF NEW YORK et al., Respondents. (Claim No. 98967.) [825 NYS2d 394]—Appeal from a judgment of the Court of Claims (Nicholas V. Midey, Jr., J.), entered November 4, 2005. The judgment, after a nonjury trial on liability, dismissed the claim.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.